IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

AIDAN FRANCIS NUNAN

        Plaintiff,

v.

COUNTY OF CHESTER,

        Defendant.

CIVIL ACTION
NO. 17-5338

## **ORDER**

**AND NOW**, this 22nd day of August 2019, upon consideration of Defendant County of Chester's Motion for Summary Judgment (Doc. No. 22), Plaintiff Aidan Francis Nunan's Response in Opposition to the Motion (Doc. No. 23), Defendant's Reply in Further Support of the Motion (Doc. No. 24), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** that Defendant's Motion for Summary Judgment (Doc. No. 22) is **DENIED**.

BY THE COURT:

/s/ Joel H. Slomsky
JOEL H. SLOMSKY, J.