IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| AIDAN NUNAN | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| COUNTY OF CHESTER | : | NO. 17-5338 |
| | | 19-3764 |
| | | (Consolidated) |

## CIVIL JUDGMENT

Before the Honorable Joel H. Slomsky

AND NOW, this 5th day of March, 2020, in accordance with the VERDICT of the Jury,

IT IS ORDERED that Judgment be and the same is hereby entered in favor of defendant County of Chester and against plaintiff, Aidan Nunan.

BY THE COURT
ATTEST:
Matthew J. Higgins
Deputy Clerk